**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Thomas Reinke,

Plaintiff,

vs.

Nationwide Recovery Service, Inc., a foreign corporation and Value Recovery Group, a foreign corporation d/b/a PayMyBill.com,

Defendants.

**Court File No. 01-CV-637 DSD/SRN**

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**
and ORDER

---

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel, that the deadline for answering or otherwise responding to Plaintiff's Complaint in the above matter shall be extended to June 10, 2001.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 5/11/01

By [signature]
Michael A. Klutho (License #186302)
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000
***ATTORNEYS FOR DEFENDANT NATIONWIDE RECOVERY SERVICE, INC.***

FILED MAY 21 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: May 14, 2001

**THE BARRY LAW OFFICE, LTD.**

By ______________________________
Peter F. Barry (License #0266577)
342 East County Road D
Little Canada, MN 55117
(651) 714-8800

and

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr. (License #249646)
342 East County Road D
Little Canada, MN 55117
(651) 770-9707
***ATTORNEYS FOR PLAINTIFF***

**ORDER**

**IT IS HEREBY ORDERED** that the deadline to Answer or otherwise respond to Plaintiff's Complaint in the above matter is extended until June 8, 2001.

**BY THE COURT:**

Dated: May 18, 2001

______________________________
Susan Richard Nelson
United States Magistrate Judge