**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV – 01-637 DSD/SRN**

| | |
|---|---|
| Thomas Reinke,<br><br>Plaintiff,<br>-vs-<br><br>Nationwide Recovery Service, Inc., A foreign corporation and Value Recovery Group, a foreign corporation d/b/a PayMyBill.com<br><br>Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE ONLY AS TO DEFENDANT VALUE RECOVERY GROUP, A FOREIGN CORPORATION** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Thomas Reinke, and his attorneys, that the above-entitled action only as against Defendant Value Recovery Group, a foreign corporation, shall be and hereby is dismissed without prejudice, and without costs, disbursements, or attorney's fees to any party and that a judgment of dismissal without prejudice may be entered in the above-entitled action pursuant hereto.

Dated this 21st day of May, 2001.

Respectfully submitted,

**THE BARRY LAW OFFICE, LTD.**

By: [signature]
Peter F. Barry, Esq.
Attorney I.D. No.: 0266577
342 East County Road D
St. Paul, MN 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons Jr.
Attorney I.D. No.: 249646
342 East County Road D
St. Paul, MN 55117
Telephone: (651) 770-9707



J:\37000\37182 Thomas Reinke v. Nationwide [PFB]\Notice of Dismissal - Value Recovery Group Only.doc

FILED 5-31-01
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. 5-31-01
Deputy Clerk's Initials ____

**ORDER**

Based on the above Notice for Dismissal Without Prejudice Only as to Defendant Value Recovery Group, a foreign Corporation, filed herewith, this Court hereby orders that Plaintiff's Complaint only as against Defendant Value Recovery Group, a foreign corporation, shall be and herewith is dismissed without prejudice, and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 5/31/01

Hon. Judge David S. Doty
United States District Court
District of Minnesota



J:\37000\37182 Thomas Reinke v. Nationwide [PFB]\Notice of Dismissal - Value Recovery Group Only.doc