**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Thomas Reinke,

Plaintiff,

vs.

Nationwide Recovery Service, Inc., a foreign corporation and Value Recovery Group, a foreign corporation d/b/a PayMyBill.com,

Defendants.

**Court File No. 01-CV-637 DSD/SRN**

**STIPULATION OF DISMISSAL AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 6/25/01

By [signature]
Michael A. Klutho (License #186302)
Attorneys for Defendant Nationwide Recovery Services, Inc.
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**THE BARRY LAW OFFICE, LTD.**

Dated: 7/3/2001

By [signature]
Peter F. Barry (#0266577)
Attorneys for Plaintiff
342 East County Road D
Little Canada, MN 55117
651-714-8800

FILED 7-16-01
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 7-16-01
Deputy Clerk's Initials ______

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT**

Dated: 7/16/01

The Honorable David S. Doty
Judge of United States District Court